**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 13, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 13, 2010**



Entered pursuant to
Administrative Order No. 02-10,
Kenneth J. Hirz, Clerk of
Bankruptcy Court
By: /s/ Paul Zehowicz
        Deputy Clerk

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: Francesca Reese | ) | Case No. 10-21984-aih |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | ORDER DIRECTING EMPLOYER |
| Social Security No. XXX-XX-3218 | ) | TO MAKE DEDUCTIONS FROM |
| | ) | DEBTOR-EMPLOYEE'S WAGES, |
| | ) | COMBINED WITH RELATED |
| | ) | ORDERS |

To: University Hospitals

A case has been filed under Chapter 13 of the Bankruptcy Code by the named Debtor(s). As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the statement of affairs of the Debtor(s), the Debtor's employer is:

Employer's Name:       University Hospitals
Address:                     18181 Pearl Road
City/State/Zip:            Strongsville, OH 44036
Phone:                       440-816-4900

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct from the Debtor's next paycheck the sum of **$95.31 – Bi-Weekly** and the same amount from each pay period thereafter (including periodic or lump sum payments) and promptly forward the amounts deducted to the Chapter 13 Trustee, until further order of this Court. The Chapter 13 Trustee's name and address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 714112
Columbus, Ohio 43271-4112

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment is terminated during the term of the plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

| | |
|---|---|
| Attorney for Debtor: | /s/ William J. Balena (0019641) |
| Address: | 511 West Broad St. |
| City/State/Zip: | Elyria, OH 44035 |
| Phone: | (440) 365-2000; FAX (440) 323-0260; bbalena@gmail.com |

SEE ATTACHED CERTIFICATE OF SERVICE

Revised September 12, 2005

SERVICE LIST

Craig Shopneck, Chapter 13 Trustee
(via e-mail)

William J. Balena (0019641)
Attorney for Debtor(s)
(via e-mail)

Francesca Reese
637 Parkside Drive
Avon Lake, OH 44012

University Hospitals
ATTN: Payroll Dept.
18181Pearl Road
Strongsville, OH 44036

###